IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CHERYL PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 2:11-cv-00217-WCO |
| ) | NOTICE OF DISMISSAL |
| FIRST NATIONAL COLLECTION ) | |
| BUREAU, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of Georgia Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

**RESPECTFULLY SUBMITTED** this 28th day of November, 2011.

> s/Craig J. Ehrlich
> Craig J. Ehrlich
> Georgia Bar No. 242240
> WEISBERG & MEYERS, LLC
> 5025 N. Central Ave. #602
> Phoenix, AZ 85012
> (888) 595-9111 ext. 250
> (866) 842-3303 (fax)
> cehrlich@attorneysforconsumers.com
> Attorneys For Plaintiff, Cheryl Payne

Notice Filed electronically on this 28th day of November, 2011, with:

United States District Court CM/ECF system

<u>s/Dana Patch</u>
Dana Patch

## **<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

Respectfully submitted,

<u>s/Craig J. Ehrlich</u>
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com